IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JEFF HOOKHAM, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 6:16-CV-316 |
| | § | JURY |
| PENN-AMERICAN INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jeff Hookham and Defendant Penn-America Insurance Company successfully settled the captioned lawsuit.

The Parties, through their respective designated counsel, request that the above-captioned lawsuit be and dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with costs taxed against the party incurring same.

Respectfully submitted,

**DALY & BLACK, PC**

By: /s/ William X. King
Melissa Waden Wray
State Bar No. 24008614
William X. King
State Bar No. 24072496
2211 Norfolk St., Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
mwray@dalyblack.com
wking@dalyblack.com
**ATTORNEYS FOR PLAINTIFF**

*And*

                          THOMPSON, COE, COUSINS & IRONS, L.L.P.

                By:   */s/ D. Christene Wood*
                          **D. Christene Wood, Attorney in Charge**
                          Southern District Bar No. 38044
                          State Bar No. 24042188
                          One Riverway, Suite 1600
                          Houston, Texas  77056
                          Telephone:  (713) 403-8210
                          Facsimile:  (713) 403-8299
                          E-mail:  cwood@thompsoncoe.com

                **ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      This is to certify that on the 1 of March 2017 a true and correct copy of the foregoing document was delivered to all counsel of record via the Court's ECF system as follows:

D. Christene Wood
One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8210
Facsimile:   (713) 403-8299

                                                    : */s/ William X. King*
                                                       William X. King

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JEFF HOOKHAM,** | § | |
| | § | |
| **Plaintiff,** | § | |
| vs. | § | Civil Action No. 6:16-CV-316 |
| | § | JURY |
| **PENN-AMERICAN INSURANCE COMPANY** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER

The Court acknowledges the Parties' agreed stipulation of dismissal.

It is ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice. It is FURTHER ORDERED that all costs of suit are taxed against the party incurring same.

SIGNED this ____ day of _____, 2017.

_____
JUDGE PRESIDING

263338v1
09875.028