IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JEFF HOOKHAM, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 6:16-CV-316 |
| | § | JURY |
| PENN-AMERICAN INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

The Court acknowledges the Parties' agreed stipulation of dismissal.

It is ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice.  It is FURTHER ORDERED that all costs of suit are taxed against the party incurring same.

SIGNED this 7th day of March, 2017.

_____
JUDGE PRESIDING